**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSE MERCHAN-GUAMBANA,

      *Petitioner*,

v.                            Case No. 3:26-cv-1000-WWB-PDB

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

      *Respondents.*

## <u>ORDER</u>

Petitioner initiated this case, with help from counsel, by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging, among other things, the United States Department of Homeland Security, Immigration and Customs Enforcement's ("**ICE**") mandatory detention of him without bond.  (Doc. 1).  As relief, Petitioner requests, *inter alia*, that the Court order a bond hearing.  (*Id.*).

Federal Respondents filed a Response advising that on May 20, 2026, an immigration judge conducted a bond hearing for Petitioner after which he was released on bond.  (Doc. 10).  Respondents contend that Petitioner is no longer in ICE custody, and thus this action is moot.  (*Id.* at 4).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice** as moot.

2. The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 9, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:    Counsel of record

2